

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00150-CV

**TERRY JUSTIN SMITH,**

**Appellant**

 **v.**

**STEPHANIE SANDERS,**

**Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D14-22936-CV

## ABATEMENT ORDER

Appellee's brief is overdue in this appeal.

By letter dated January 9, 2015, the Clerk of this Court notified appellee that the brief was past due and requested appellee to either file the brief, request an extension of time to file the brief, or notify the Court that no brief would be filed. There was no response to the Clerk's letter. By order issued on September 17, 2015, appellee was ordered by the Court to file the brief, request an extension of time to file the brief, or

notify the Court that no brief would be filed. No brief, request for an extension of time, or notification were provided to the Court as ordered.

Accordingly, we abate this appeal and order the trial court to conduct a hearing within 21 days of the date of this Order to determine why no appellee's brief has been filed, why no response to the Court's September 17, 2015 order or the Clerk's January 9, 2015 letter, and when appellee will provide the Court with an appellee's brief. *See* TEX. R. APP. P. 38.9(b) ("If the court determines…that the case has not been properly presented in the briefs…the court may…make any other order necessary for a satisfactory submission of the case.").

The supplemental clerk's and reporter's records are ordered to be filed within 28 days of the date of this Order. *See id*.


PER CURIAM


Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal abated
Order issued and filed October 22, 2015

